

# Fourth Court of Appeals
## San Antonio, Texas

August 11, 2016

No. 04-16-00038-CV

**CITY OF FLORESVILLE, TEXAS**, City of Floresville City Council, City of Floresville City Planning and Zoning Committee, and the Wilson County Appraisal District,
Appellants

v.

**STARNES INVESTMENT GROUP, LLC**,
Appellee

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. 15-06-0367-CVW
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

Sitting:     Sandee Bryan Marion, Chief Justice
             Marialyn Barnard, Justice
             Jason Pulliam, Justice

Following oral arguments heard on August 11, 2016, this court granted appellee's request to submit a post-submission brief. If appellee desires to file a post-submission brief it must do so no later than August 18, 2016. If appellants desire to file a post-submission brief they must do so no later than August 25, 2016. The post-submission briefs must not exceed ten pages in length. No extensions of time will be granted.

It is so **ORDERED** on August 11, 2016.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court